IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:22-cv-00020-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BILLY EFRAIN PENARANDA, a/k/a Billy Efrain Penaranda Monrroy,<br><br>Defendant. | **ORDER** |

This matter comes before the court on the Notice of Compliance with the Court's Judgment [DE 10]. The United States advises that "Defendant has fully complied with [the court's March 11, 2022] order and Judgment is satisfied." Accordingly, the compliance hearing currently scheduled for June 7, 2022, is VACATED. The Clerk of the Court is directed to close this case.

SO ORDERED this 8th day of April, 2022.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE